IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TANYA SMITH                                                                     PLAINTIFF

v.                              No. 4:12-cv-517-DPM

CONAGRA FOODS, INC. and
TERRY STEEN                                                                    DEFENDANTS

## ORDER

Unopposed motion to dismiss, *Document No. 46*, granted. Smith's Equal Pay Act claim, which is new to the case and was not authorized by the Court, is time-barred. This new claim is therefore dismissed with prejudice. ARK. CODE. ANN. §11-4-611(c).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 January 2013