IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TANYA SMITH                                                              PLAINTIFF

v.                          No. 4:12-cv-517-DPM

CONAGRA FOODS, INC. and
TERRY STEEN                                                              DEFENDANTS

### ORDER

The Court notes the Arkansas Supreme Court's recent opinion answering the certified question. The Court will await the appellate court's mandate, but has reviewed the parties' pre-certification filings in preparation for acting. Here is the Court's thinking. Smith's retaliation claim against Steen is not barred by limitations. Steen's presence in the case destroys complete diversity. Remand appears to be appropriate. If any party disagrees, the party should file an objection by 27 December 2013.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 December 2013