IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TANYA SMITH                                                                PLAINTIFF

v.                              No. 4:12-cv-517-DPM

CONAGRA FOODS, INC. and
TERRY STEEN                                                              DEFENDANTS

ORDER

The Court has received the Arkansas Supreme Court's mandate, № 57. The case is remanded to the Circuit Court of Pope County, Arkansas, for want of subject matter jurisdiction, № 56.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

30 December 2013